UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK; JOHN JUSTIN COLLIER; WILLIAM L. MARKS, JR.; MINNIE LEE CLARK; and COMMON CAUSE INDIANA, <br><br> Plaintiffs, <br><br> -v- <br><br> CONNIE LAWSON, in her official capacity as Secretary of State; ST. JOSEPH COUNTY ELECTION BOARD; and M. CATHERINE FANELLO, RITA L. GLENN, and MURRAY WINN, each in their official and individual capacities as members of the St. Joseph County Election Board, <br><br> Defendants. | Case No. 1:19-cv-1959-SEB-MJD |

## **JURY DEMAND**

Come now Plaintiffs, by counsel, and pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and S.D. Ind. L.R. 38-1, hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

FINDLING PARK CONYERS WOODY & SNIDERMAN, P.C.

*s/ Mark W. Sniderman*
Mark W. Sniderman
151 N. Delaware Street, Ste. 1520
Indianapolis, IN  46204
(317) 231-1100 Tel
(317) 231-1106 Fx
msniderman@findlingpark.com