UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY J. FREDERICK, | ) | |
| JOHN JUSTIN COLLIER, | ) | |
| WILLIAM L. MARKS, JR., | ) | |
| MINNIE LEE CLARK, | ) | |
| COMMON CAUSE INDIANA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01959-SEB-MJD |
| | ) | |
| CONNIE LAWSON in her official capacity as Secretary of State, | ) | |
| ST. JOSEPH COUNTY ELECTION BOARD, | ) | |
| M. CATHERINE FINELLO in their official and individual capacities as members of the St. Joseph County Election Board, | ) | |
| RITA L. GLENN in their official and individual capacities as members of the St. Joseph County Election Board, | ) | |
| MURRAY WINN in their official and individual capacities as members of the St. Joseph County Election Board, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (DKT. 8)**

On May 16, 2019, Plaintiffs sued Defendants under 42 U.S.C. § 1983 for voting-rights violations. Dkt. 1. On June 6, 2019, Defendants moved to dismiss for lack of jurisdiction and failure to state a claim. Dkt. 8. *See* Fed. R. Civ. P. 12(b)(1), 12(b)(6). On June 27, 2019, Plaintiffs filed an amended complaint. Dkt. 14. *See* Fed. R. Civ. P. 15(a)(1)(B). On July 11, 2019, Defendants renewed their motion to dismiss on substantially similar grounds. Dkt. 16.

1

We conclude that Defendants' original motion to dismiss of June 6, 2019, has been mooted by Plaintiffs' amended complaint of June 27, 2019, and by Defendants' second motion to dismiss of July 11, 2019.

Defendants' original motion to dismiss, Dkt. 8, is therefore DENIED AS MOOT.

IT IS SO ORDERED.

Date: 7/17/2019

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Peter John Agostino
ANDERSON AGOSTINO & KELLER P.C.
agostino@aaklaw.com

Bradley P. Colborn
ANDERSON AGOSTINO KELLER PC
colborn@aaklaw.com

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com