UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARY J. FREDERICK; JOHN JUSTIN COLLIER; WILLIAM L. MARKS, JR., MINNIE LEE CLARK; AND COMMON CAUSE INDIANA,<br><br>        Plaintiff,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State; ST. JOSEPH COUNTY ELECTION BOARD; and M. CATHERINE FANELLO, RITA L. GLENN, and MURRAY WINN, each in their official and individual capacities as members of the St. Joseph County Election Board,<br><br>        Defendants. | CASE NO. 1:19-cv-01959-SEB-MJD |

**O R D E R**

Defendants, St. Joseph County Election Board, M. Catherine Fanello, Rita L. Glenn and Murray Winn, by counsel, having filed their Request to Reset Trial, and the Court being duly advised, grants said Request.

IT IS THEREFORE ORDERED that the final pretrial conference currently set for October 20, 2020 and the trial currently set for November 2, 2020, are hereby VACATED. The final pretrial conference is RESET for September 22, 2020 at 2:00 p.m. in Room 216, U.S. Courthouse, Indianapolis, Indiana and the trial is RESET for October 5, 2020 at 9:30 a.m. in Room 216, U.S. Courthouse, Indianapolis, Indiana.

SO ORDERED on  9/4/2019  .

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF