UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK, JOHN JUSTIN COLLIER, WILLIAM L. MARKS, JR., MINNIE LEE CLARK, and COMMON CAUSE INDIANA,<br><br>Plaintiffs,<br><br>-v-<br><br>CONNIE LAWSON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:19-cv-1959-SEB-MJD<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS, ST. JOSEPH COUNTY ELECTION BOARD, M. CATHERINE FANELLO, RITA L. GLENN, AND MURRAY WINN ONLY**

Plaintiffs, Mary J. Frederick, John Justin Collier, William L. Marks, Jr., Minnie Lee Clark, and Common Cause Indiana ("Plaintiffs"), by counsel, hereby file their Notice of Dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) as to all of the Plaintiffs' claims against Defendants St. Joseph County Election Board, M. Catherine Fanello, Rita L. Glenn, and Murray Winn ("County Defendants"), in their individual and official capacities. By operation of Rule 41(a)(1)(A)(i), with the filing of this Notice of Dismissal the Plaintiffs' voluntarily dismiss without prejudice all claims against the County Defendants, in their individual and official capacities, only. Plaintiffs do not dismiss any claims against Connie Lawson, in her official capacity of Indiana Secretary of State.

Whereby, Plaintiffs, Mary J. Frederick, John Justin Collier, William L. Marks, Jr., Minnie Lee Clark, and Common Cause Indiana, by counsel, file their Notice of Voluntary Dismissal.

2

Respectfully submitted,

*s/ William R. Groth*
William R. Groth
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN  46204
Tel: (317) 637-2345, Ext. 132
WGroth@fdgtlaborlaw.com

*s/ Mark W. Sniderman*
Mark W. Sniderman
FINDLING, PARK, CONYERS,
 WOODY & SNIDERMAN, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN  46204
Tel: (317) 231-1100
msniderman@findlingpark.com

*Attorneys for Plaintiffs*