UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK, JOHN JUSTIN COLLIER, WILLIAM L. MARKS, JR., MINNIE LEE CLARK, and COMMON CAUSE INDIANA, <br><br> Plaintiffs, <br><br> -v- <br><br> CONNIE LAWSON, <br><br> Defendant. | Case No. 1:19-cv-1959-SEB-MJD |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Mary J. Frederick, John Justin Collier, William L. Marks, Jr., Minnie Lee Clark, and Common Cause Indiana, by counsel, pursuant to Federal Rule of Civil Procedure 56(a) and S.D. Ind. L.R. 56-1, hereby respectfully move the Court for summary judgment upon their First Amended Complaint [Filing No. 14.] Plaintiffs incorporate their exhibits attached hereto, and their Brief in Support of Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment (hereinafter "Brief"), and show the Court as follows:

1. Plaintiffs include individual voters who were legally entitled to cast mail-in absentee ballots and did so. Despite signing their names to their application and ballot envelopes, their signatures were later determined, without standards or guidelines, to not be genuine, or not correspond, and thus their ballots were rejected. Plaintiff Common Cause Indiana also has organizational and associational standing to bring these claims.

2. The individual Plaintiffs were not notified of the rejection by any governmental agency, nor were they given any chance to contest the rejection or the determination that their signatures were not genuine. The individual Plaintiffs were given no opportunity to cure the alleged defect.

3. For the foregoing reasons, and because Indiana law permits such ballot disqualification without the use of any standards, rules or guidelines, Indiana law, and Defendant's enforcement thereof, violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

4. Plaintiffs are entitled to summary judgment on their Fourteenth Amendment claims for the reasons identified in their First Amended Complaint, Brief and designated evidence.

5. In support of this motion, Plaintiffs hereby incorporate and designate as evidence all exhibits to this Motion and documents cited by such exhibits; all documents cited to by the Brief; all evidence designated by Defendant in response to this motion or in support of their own motion for summary judgment; all pleadings in this matter and all documents cited to in all pleadings; including, without limitation, the following:

1. Excerpts from the 2020 Election Administrator's Manual [Filing No. 67-1];
2. Affidavit of Forestine B. Jackson [Filing No. 67-2];
3. Declaration of Mary J. Frederick, and exhibits thereto [Filing No. 67-3];
4. Declaration of John Justin Collier, and exhibits thereto [Filing No. 67-4];
5. Declaration of William L. Marks, and exhibits thereto [Filing No. 67-5];
6. Declaration of Julia Vaughn [Filing No. 67-4]);
7. Excerpts from the Expert Report of Dr. Linton A. Mohammed [Filing No. 67-7];
8. Declaration of Norma Blake [Filing No. 67-8];
9. Absentee Voter's Bill of Rights [Filing No. 67-9];
10. Excerpts from the deposition of Mary Catherine Fanello Zwierzynski [Filing No. 67-10];
11. Excerpts from the deposition of Angela M. Nussmeyer [Filing No. 67-11]; and
12. Declaration of Billie Breaux and exhibits thereto [Filing No. 67-12].

Wherefore, Plaintiffs, by counsel, request that the Court grant their Cross-Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and grant them all appropriate relief.

Respectfully submitted,

| | |
|---|---|
| *s/ William R. Groth* | *s/ Mark W. Sniderman* |
| William R. Groth | Mark W. Sniderman |
| MACEY SWANSON LLP | FINDLING, PARK, CONYERS, |
| 445 N. Pennsylvania St., Suite 401 | WOODY & SNIDERMAN, P.C. |
| Indianapolis, IN 46204 | 151 N. Delaware Street, Ste. 1520 |
| Tel: (317) 637-2345, Ext. 132 | Indianapolis, IN 46204 |
| WGroth@fdgtlaborlaw.com | Tel: (317) 231-1100 |
| | msniderman@findlingpark.com |