UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK, <br> JOHN JUSTIN COLLIER, <br> WILLIAM L. MARKS, JR., <br> MINNIE LEE CLARK, <br> COMMON CAUSE INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:19-cv-01959-SEB-MJD <br> ) <br> ) <br> ) <br> ) |

**MINUTE ENTRY FOR MARCH 27, 2020**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties confirmed that all discovery has been completed. The conference concluded without further order.

Dated: 27 MAR 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.