UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:19-cv-01959-SEB-MJD |
| | ) |
| CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, | ) |
| | ) |
| Defendant. | ) |

**PERMANENT INJUNCTION AND JUDGMENT**

The Court orders as follows:

(1) Defendant Connie Lawson, in her official capacity as Indiana Secretary of State, and all Indiana election officials acting in concert with her are hereby <u>PERMANENTLY ENJOINED</u> from rejecting any mail-in absentee ballot on the basis of a signature mismatch absent adequate notice and cure procedures to the affected voter.

(2) Defendant is <u>HEREBY FURTHER ORDERED</u> to inform forthwith all affected Indiana election officials of this injunction and to instruct such officials regarding the implementation of notice and cure procedures in time for the upcoming general election on November 3, 2020.

IT IS ORDERED that judgment is entered in favor of Plaintiffs and against Defendant.

Date: ___8/20/2020___

_____Sarah Evans Barker_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

Courtney Lyn Abshire
courtney.abshire@atg.in.gov

Peter John Agostino
ANDERSON AGOSTINO & KELLER P.C.
agostino@aaklaw.com

Bradley P. Colborn
ANDERSON AGOSTINO KELLER PC
colborn@aaklaw.com

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com

Distribution:

Courtney Lyn Abshire
courtney.abshire@atg.in.gov

Peter John Agostino
ANDERSON AGOSTINO & KELLER P.C.
agostino@aaklaw.com

Bradley P. Colborn
ANDERSON AGOSTINO KELLER PC
colborn@aaklaw.com

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com