## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY J. FREDERICK, JOHN JUSTIN COLLIER, WILLIAM L. MARKS, JR., MINNIE LEE CLARK, and COMMON CAUSE INDIANA,<br><br>  Plaintiffs,<br><br>  -v-<br><br>CONNIE LAWSON,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-1959-SEB-MJD<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEYS' FEES

Plaintiffs, Mary J. Frederick, John Justin Collier, William L. Marks, Jr., Minnie Lee Clark, and Common Cause Indiana, by counsel, hereby move the Court for a second extension of time to file their petition for attorneys' fees, costs and expenses, and in support thereof, state as follows:

1. On August 20, 2020 this Court entered final judgment in favor of Plaintiffs. [Dkt. 82.]

2. Plaintiffs are entitled to an award of their reasonable attorneys' fees, costs and expenses as prevailing parties.

3. The Court granted Plaintiffs' first motion for an extension of time to file their Bill of Costs and petition for attorneys' fees and expenses (collectively "Petition") due to the potential for appeal. [Dkt. 83, 84.]

4. The time to appeal has passed, and Plaintiffs' Petition is now due October 1, 2020. [Dkt. 84.].

5. Due to the press of other matters, particularly *Tully, et al. v. Okeson, et al.*, Case No. 1:20-cv-0127-JPH-DLP, United States District Court for the Southern District of Indiana, and Case No. 20-2605, United States Court of Appeals for the Seventh Circuit, and *Common Cause of Indiana, et al. v. Lawson, et al.*, Case No. Case No. 1:20-cv-2007-SEB-TAB, Plaintiffs respectfully request an additional thirty (30) days to

file their Petition.

6.  Undersigned counsel has consulted with Defendants' counsel regarding the instant motion and has been advised that they do not oppose this motion.

7.  This motion is filed at least three business days prior to the deadline for the filing of the Petition, pursuant to S.D. Ind. L.R. 6-1(a)(5).

8.  This motion is not made for any dilatory purpose, nor should it have any such effect if granted.

WHEREFORE, Plaintiffs, by counsel, request that the time for filing their Bill of Costs and Petition for attorneys' fees and expenses be extended until October 31, 2020, and all other proper relief.

Respectfully submitted,

FINDLING, PARK, CONYERS,
 WOODY & SNIDERMAN, P.C.


*s/ Mark W. Sniderman*
Mark W. Sniderman
151 N. Delaware Street, Ste. 1520
Indianapolis, IN  46204
Tel: (317) 231-1100
msniderman@findlingpark.com

*One of the Attorneys for Plaintiffs*

2