**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARY J. FREDERICK, JOHN JUSTIN COLLIER, WILLIAM L. MARKS, JR., MINNIE LEE CLARK, and COMMON CAUSE INDIANA,<br><br>    Plaintiffs,<br><br>  -v-<br><br>CONNIE LAWSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-1959-SEB-MJD<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE REGARDING FEES AND COSTS**

Plaintiffs, Mary J. Frederick, John Justin Collier, William L. Marks, Jr., Minnie Lee Clark, and Common Cause Indiana, by counsel, hereby notify the Court that they have reached an agreement with Defendant regarding the amount of fees and costs owed to Plaintiff's counsel as prevailing parties under 42 U.S.C. § 1988, and that payment of those fees will be forthcoming. Thus, Plaintiffs' claims for attorney's fees and costs in this matter have been fully resolved.

WHEREFORE, Plaintiffs, by counsel, provide their notice regarding fees and costs.

    Respectfully submitted,

    FINDLING PARK CONYERS WOODY &
     SNIDERMAN, P.C.

    *s/ Mark W. Sniderman*
    Mark W. Sniderman
    151 N. Delaware St., Ste. 1520
    Indianapolis, IN 46204
    (317) 231-1100
    msniderman@findlingpark.com

    *One of the Attorneys for Plaintiffs*